THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MICHAEL HARPER, SUE HARPER, MELANIE JAQUESS, CHUCK SALLADE, AND MICHAEL MALONE, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

T-MOBILE US, INC.,

Defendant.

No. 2:21-cv-1169-BJR

**UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

Under Western District of Washington Local Rule 7(d)(1), Defendant T-Mobile USA, Inc., moves the Court to extend T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action for a total of 30 days to October 21, 2021. Plaintiffs Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade, and Michael Malone do not oppose T-Mobile's requested extension.

Good cause exists for this extension because there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile, Inc., Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The plaintiffs in a related case filed the transfer motion, and T-Mobile fully anticipates that—in addition to this case—dozens more will be noticed to the JPML based on its similar nature. *See*

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

*id.* (ECF Nos. 1, 8-1, 11, 20). The additional 30 days will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiffs' counsel here and counsel in the related cases before responding to Plaintiffs' Complaint.

Dated: September 14, 2021

By: /s/ *Steve Y. Koh*

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-1169-BJR) - 2
153817017.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of September 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

*s/ Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER COMPLAINT
(No. 2:21-cv-1169-BJR) - 3
153817017.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000