1

2

3

4

5

THE HONORABLE BARBARA J. ROTHSTEIN

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8

9

10

11

12

13

14

MICHAEL HARPER, SUE HARPER, MELANIE JAQUESS, CHUCK SALLADE, and MICHAEL MALONE, individually and on behalf of classes of similarly situated individuals,

              Plaintiffs,

   v.

T-MOBILE US, INC.,

           Defendant.

No. 2:21-cv-1169-BJR

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

15

16

17

18

19

20

21

22

23

      Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Michael Harper, Sue Harper, Melanie Jaquess, Chuck Sallade, and Michael Malone and Defendant T-Mobile US, Inc., (the "Parties") stipulate that T-Mobile's deadline to answer or otherwise to respond to the Complaint, currently set for October 21, 2021, shall be extended pending the Court's ruling on T-Mobile's pending motion to stay proceedings, ECF No. 20. If the motion is denied, T-Mobile's deadline to answer or otherwise respond to the Complaint shall be 30 days after the denial of the motion. If the Court grants the motion to stay, any deadline will be set following resolution of the motion to transfer pending before the Judicial Panel on Multidistrict Litigation ("JPML").

24

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1169-BJR) - 1

154287808.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Good cause exists for this extension because Plaintiffs filed a motion with the JPML to transfer all cases related to an August 2021 data-security incident for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). Plaintiffs, T-Mobile, and plaintiffs in related cases have noticed numerous cases as related that should be transferred. *See id.* (ECF Nos. 2, 8-1, 11, 20, 48, 62, 65). The extension will conserve judicial resources by potentially avoiding motion practice that may ultimately turn out to be unnecessary depending on how the litigation develops and progresses in light of anticipated consolidation into an MDL.

Dated: October 18, 2021

By:*/s/ Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
            KOSullivan@perkinscoie.com
            LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1169-BJR) - 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   */s/ Kim D. Stephens*
    Kim D. Stephens, P.S., WSBA #11984
2   */s/Jason T. Dennett*
    Jason T. Dennett, WSBA #30686
3   */s/Kaleigh N. Powell*
    Kaleigh N. Powell, WSBA #52684
4   **TOUSLEY BRAIN STEPHENS PLLC**
    1200 Fifth Avenue, Suite 1700
5   Seattle, WA 98101
    Telephone: (206) 682-5600
6   Facsimile: (206) 682-2992
    E-Mail: jdennett@tousley.com
7           kstephens@tousley.com
            kpowell@tousley.com
8
    Stephen R. Basser (*pro hac vice*)
9   Samuel M. Ward (*pro hac vice*)
    **BARRACK RODOS & BACINE**
10  600 W. Broadway, Suite 900
    San Diego, CA 92101
11  Telephone: (619) 230-0800
    Facsimile: (619) 230-1874
12  E-Mail: sbasser@barrack.com
            sward@barrack.com
13
    Jordan L. Lurie (*pro hac vice*)
14  Ari Y. Basser (*pro hac vice*)
    **POMERANTZ LLP**
15  1100 Glendon Avenue, 15th Floor
    Los Angeles, CA 90024
16  Telephone: (310) 432-8492
    E-Mail: jllurie@pomlaw.com
17          abasser@pomlaw.com

18  *Attorneys for Plaintiffs*

19

20

21

22

23

24
STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1169-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154287808.1

1

**ORDER**

2
IT IS SO ORDERED.

3
Dated this 19th day of October 2021.

4

5
s/Barbara J. Rothstein
Barbara J. Rothstein

6
U.S. District Court Judge

7
Presented By:

8

9
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839

10
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900

11
Seattle, WA 98101-3099
Telephone: 206.359.8000

12
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com

13
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

14
Kristine McAlister Brown (*pro hac vice*)

15
**ALSTON & BIRD LLP**
1201 West Peachtree Street

16
Atlanta, GA 30309
Telephone: (404) 881-7000

17
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

18
*Attorneys for Defendant T-Mobile USA, Inc.*

19

20

21

22

23

24
STIPULATION AND ORDER TO EXTEND TIME
TO ANSWER
(No. 2:21-cv-1169-BJR) - 4

154287808.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000